UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EMMANUELLA OWOLABI,

                Plaintiff,

v.

THE CITY OF MOUNT VERNON, THE
MOUNT VERNON CITY SCHOOL
DISTRICT, ERIK VAN GUNTEN,
individually, DR. JACKIELYN MANNING
CAMPBELL, individually,

                Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 12222 (VB)

      Defendants having filed a motion for summary judgment pursuant to Fed. R. Civ. P. 56 (Doc. #56), it is hereby ORDERED:

      1.    Defendants' motion is GRANTED IN PART and DENIED IN PART.  The motion is GRANTED with respect to plaintiff's Title VII and NYSHRL discrimination and retaliation claims, including her aiding-and-abetting claims against individual defendants, as well as her state law defamation claims.  The motion is DENIED with respect to plaintiff's hostile work environment claims.

      2.    A telephone conference is scheduled for March 10, 2021, at 10:30 a.m., at which time the Court will issue a bench ruling explaining the basis for its decision.  All counsel shall use the following information to connect by telephone:

      **Dial-In Number:** **(888) 363-4749 (toll free) or (215) 446-3662**
      **Access Code:** **1703567**

      3.    Counsel shall be prepared to discuss the setting of a trial date and a schedule for pretrial submissions.  They shall also be prepared to discuss what efforts they have made, and will make, to settle this case, and how the Court can assist them in that regard.

      4.    The Clerk is instructed to terminate the motion.  (Doc. #56).

Dated: February 18, 2021
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge