USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED: 3/10/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

EMMANUELLA OWOLABI,

               Plaintiff,

v.

THE CITY OF MOUNT VERNON, THE
MOUNT VERNON CITY SCHOOL
DISTRICT, ERIK VAN GUNTEN, and DR.
JACKIELYN MANNING CAMPBELL,

               Defendants.

---------------------------------------------------------------x

**ORDER**

18 CV 12222 (VB)

As discussed at an on-the-record conference held today, attended by counsel for all parties, it is HEREBY ORDERED a status conference is scheduled for April 15, 2021 at 2:30 p.m., to proceed by telephone.  At the time of the scheduled conference, counsel shall attend by calling the following number and entering the access code when requested:

Number:  (888) 363-4749 (toll-free) or (215) 446-3662

Access Code:  1703567

Dated: March 10, 2021
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge