UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EMMANUELLA OWOLABI,
          Plaintiff,

v.

THE CITY OF MOUNT VERNON, THE
MOUNT VERNON CITY SCHOOL
DISTRICT, ERIK VAN GUNTEN, and DR.
JACKIELYN MANNING CAMPBELL,
          Defendants.
------------------------------------------------------------x

**ORDER**

18 CV 12222 (VB)

    The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than July 13, 2021. To be clear, any application to restore the action must be filed by July 13, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

    The Clerk is instructed to close this case.

Dated: May 14, 2021
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge